IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

vs.

5:04cr10/MCR
5:07cv50/MCR/AK

ALFRED COUZZART
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation. All parties have been furnished copies of the report and recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a de novo determination of those portions to which an objection has been made.

Having considered the report and recommendation and any objections thereto timely filed by the parties, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Defendant's Motion to Vacate, Set Aside, or Correct Sentence (doc. 130) is DENIED as untimely.

**DONE AND ORDERED** this 13th day of June, 2007.

    *s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**